IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBIN FEARS,

    Plaintiff,

vs.	4:06-CV-522-SPM/WCS

MICHAEL J. ASTURE,
Commissioner of the Social
Security Administration,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND REMANDING CASE

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 20) filed July 27, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 20) is adopted and incorporated by reference in this order.

2. The Defendant's motion for remand is *granted*.

3. The Commissioner's decision to deny benefits is *reversed*.

4. This case is *remanded* to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

5. The Clerk shall enter final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** this <u>thirty-first</u> day of August, 2007.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge